# SunTrust

# Your Equity Line Statement

June 25, 2013 to July 25, 2013

Page 1 of 4

Account number: 043-0000-0430-275578

DENNIS L OBEY

### Summary Of Account Activity

| | |
|---|---:|
| Previous Balance | $19,187.62 |
| Payments | -$300.00 |
| Other Credits | $0.00 |
| Variable Rate Advances | $162.00 |
| Fees Charged | $17.58 |
| Total Interest Charged | $51.75 |
| Your New Balance | $19,118.95 |
| This balance is not your pay-off amount. | |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 07/25/2013 |
| Number Of Days In Billing Cycle | 31 |

### Payment Information

| | |
|---|---:|
| New Balance | $19,118.95 |
| Minimum Payment Due | $51.75 |
| Payment Due Date | 08/20/2013 |

**QUESTIONS?**

☏ Call Customer Service 888.461.8862

🌐 suntrust.com

Please send billing inquiries and correspondence to:
P.O. Box 305053, Nashville, TN 37230-5053

---

**Turn your financial responsibilities into financial opportunities.**

SunTrust Bank has helped many clients reduce their monthly car loan payments by refinancing their current auto loan. We may be able to help you too. Use the money you save each month on your auto loan to pay off other high interest debt. Refinancing your auto loan can be a solid way to drive down your monthly expenses. Call 800.279.482? to see how much you could save.

---

▶ *If you're paying by mail, please tear off and return this slip with your payment.*

**Ways to pay**

- at suntrust.com
- by mail - tear off and return this slip with your check made payable to SunTrust Bank to the following address:
  SunTrust Bank
  P.O. Box 79282
  Baltimore MD 21279-0282

☐ Moving? Check here and fill in the details on the back.

SUNTRUST BANK
P.O. BOX 79282
BALTIMORE MD 21279-0282

| | |
|---|---:|
| Account number: | 04300000430275578 |
| Your new balance: | $19,118.95 |
| Your minimum payment due: | $51.75 |
| Date your payment is due: | Aug 20, 2013 |

| Total amount you're paying | $ |
|---|---|

DENNIS L OBEY
278 KING WILLIAM ESTATES LN
KING WILLIAM, VA 23086-3523

0001911895 0000005175 04300000430275578 2